IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GALDERMA LABORATORIES, L.P. and GALDERMA S.A., | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Case No. 3:15-cv-03876-N |
| TELIGENT, Inc. f/k/a IGI LABORATORIES, INC., | | |
| Defendant. | | |

## ORDER DISMISSING ACTION WITH PREJUDICE

Having considered the parties' Agreed Motion to Dismiss With Prejudice, the Court hereby ORDERS that this action is DISMISSED WITH PREJUDICE. The parties shall each bear their own costs and attorneys' fees incurred in this action. This Court shall retain jurisdiction over this action for the purposes of enforcing the parties' settlement agreement.

SIGNED this 22nd day of January, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE